UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

REVA WARREN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                                                                No. 13-cv-565-DRH

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order entered by Chief Judge David R. Herndon (Doc. 18), the Commissioner's final decision denying Reva Warren's application for social security disability benefits is **AFFIRMED**. Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Reva Warren.

                                                                     NANCY J. ROSENSTENGEL,
                                                                     CLERK OF COURT

                                                                     BY:   /s/*Sara Jennings*
                                                                             **Deputy Clerk**

Dated:   January 21, 2014

Digitally signed by David R. Herndon
Date: 2014.01.21 15:06:58 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT